UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| PADILLA, JOSE G | § | Case No. 10-37007 |
| PADILLA, ARACELE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/22/2012 in Courtroom 744,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/18/2012                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
PADILLA, JOSE G      §   Case No. 10-37007
PADILLA, ARACELE     §
        §
    Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,338.33 |
| and approved disbursements of | $ | 26.73 |
| leaving a balance on hand of[1] | $ | 9,311.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,683.83 | $ 0.00 | $ 1,683.83 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 4,527.50 | $ 0.00 | $ 4,527.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 7.89 | $ 0.00 | $ 7.89 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9.00 | $ 9.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,219.22 |
| Remaining Balance | $ 3,092.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,167.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 14,264.69 | $ 0.00 | $ 299.74 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | $ 10,733.22 | $ 0.00 | $ 225.53 |
| 000003 | JPMORGAN CHASE BANK, NA | $ 25,641.20 | $ 0.00 | $ 538.79 |
| 000004 | STATE FARM BANK, FSB | $ 3,534.75 | $ 0.00 | $ 74.27 |
| 000005 | CHASE BANK USA,N.A | $ 3,484.85 | $ 0.00 | $ 73.23 |
| 000006 | ASSET ACCEPTANCE LLC ASSIGNEE WELLS FARGO / | $ 5,426.69 | $ 0.00 | $ 114.03 |
| 000007 | FIA CARD SERVICES | $ 3,299.89 | $ 0.00 | $ 69.34 |
| 000008 | PRA RECEIVABLES MANAGEMENT, LLC | $ 3,148.88 | $ 0.00 | $ 66.17 |
| 000009 | CR EVERGREEN, LLC | $ 23,751.78 | $ 0.00 | $ 499.09 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | WFNNB | $ 730.21 | $ 0.00 | $ 15.34 |
| 000011 | PRA RECEIVABLES MANAGEMENT, LLC | $ 1,376.49 | $ 0.00 | $ 28.92 |
| 000012 | BANK OF AMERICA | $ 25,887.31 | $ 0.00 | $ 543.96 |
| 000013 | FIA CARD SERVICES, N.A. | $ 25,887.31 | $ 0.00 | $ 543.97 |

Total to be paid to timely general unsecured creditors      $     3,092.38

Remaining Balance      $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                  Case No. 10-37007-ERW
Jose G Padilla                                                          Chapter 7
Aracele Padilla
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dross                 Page 1 of 3                   Date Rcvd: Apr 18, 2012
                              Form ID: pdf006             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
db/jdb        +Jose G Padilla,   Aracele Padilla,   4142 S. Archer Ave,   Chicago, IL 60632-1825
16210415      +ASSET ACCEPTANCE LLC assignee Wells Fargo /,   PO BOX 2036,   WARREN, MI 48090-2036
16295140       American Infosource Lp As Agent for Wfnnb,   PO Box 248872,   Oklahoma City, OK  73124-8872
16376364      +Anayeli Saucedo dba Hollywood Hair,   4136 S. Archer,   Chicago,IL 60632-1825
16376365      +Angelica Trujillo,   4138 S. Archer Ave.,   Apt. 206,   Chicago,IL 60632-1855
16376366      +Carmela Corona,   4138 S. Archer Ave.,   Apt. 213,   Chicago,IL 60632-1854
16013637      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16013638       Chase,   P.O. Box 260161,   Baton Rouge, LA 70826-0161
16171037      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16013639      +Chase-Bp,   Po Box 15298,   Wilmington, DE 19850-5298
17773094       FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
16345636       FIA Card Services aka Bank of America,   c o Becket and Lee LLP,   POB 3001,
                Malvern, PA 19355-0701
16272239      +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
                1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
16013643       Illinois Department of Revenue,   C/O Bankruptcy Department,   100 West Randolph, Level 7 Rm 425,
                Chicago, IL 60601
16376367      +Ingrid Ramos,   4138 S. Arhcer Ave.,   Apt. 202,   Chicago,IL 60632-1863
16062244      +JPMorgan Chase Bank, NA,   c/o Law Office of Douglas Johnson,   321 N. Clark St., 5th Floor,
                Chicago, IL 60654-4769
16376368      +Javier Patino,   4138 S. Archer Ave.,   Apt 209,   Chicago,IL 60632-1855
16376370      +Juan Garcia,   4138 S. Archer Ave.,   Apt. 212,   Chicago,IL 60632-1854
16376371      +Lizet Graciano,   4138 S. Archer Ave.,   Apt 207,   Chicago,IL 60632-1855
16376372      +Maria Luz Alvareza,   4138 S. Archer Ave.,   Apt. 210,   Chicago,IL 60632-1854
16376373      +Miguel Gomez DBA Gomez Tae Kwon Do,   4144 S. Archer Ave,   Chicago,IL 60632-1825
16423218     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,   P.O. Box 41067,
                Norfolk, VA 23541)
16325035      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
                c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541-1067
16275299      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Sams Club,
                POB 41067,   Norfolk VA 23541-1067
16376374      +Phillip Ousley,   4138 S. Archer Ave.,   Apt. 208,   Chicago,IL 60632-1855
16013646      +Republic Bank,   2221 Camden Court,   Oak Brook, IL 60523-4516
16013648      +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
16376375      +Severa Melendez,   4138 S. Archer Ave.,   Apt. 203,   Chicago,IL 60632-1863
16013649      +St Farm Bk,   Po Box 2316,   Bloomington, IL 61702-2316
16146921       State Farm Bank, FSB,   Attn: BCC Bankruptcy,   P.O. Box 2328,   Bloomington, IL 61702-2328
16013650      +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16376376      +Victor Diaz,   4138 S. Archer Ave.,   Apt. 201,   Chicago,IL 60632-1863
16013651      +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498
16013652      +Wfnnb/New York & Compa,   220 W Schrock Rd,   Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16013634      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 19 2012 00:56:55
                Asset Acceptance Llc (Original Cred,   Po Box 2036,   Warren, MI 48090-2036
16292767       E-mail/Text: resurgentbknotifications@resurgent.com Apr 19 2012 00:41:55      CR Evergreen, LLC,
                MS 550,   PO Box 91121,   Seattle, WA 98111-9221
16025731       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09      Discover Bank,
                Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16013640      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
16013641      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:15:24      Gemb/Jcp,   Po Box 984100,
                El Paso, TX 79998-4100
16013642      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2012 02:15:24      Gemb/Sams Club Dc,   Po Box 981400,
                El Paso, TX 79998-1400
16013644       E-mail/Text: cio.bncmail@irs.gov Apr 19 2012 00:37:54      Internal Revenue,
                CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,   Philadelphia, PA 19114-0326
16013645      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2012 00:44:04      Kohls/Chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16045833      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2012 00:57:07      Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18027060       E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2012 01:39:34
                Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
```

```
District/off: 0752-1          User: dross              Page 2 of 3           Date Rcvd: Apr 18, 2012
                              Form ID: pdf006          Total Noticed: 44

16013636*     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16013647*     +Republic Bank,   2221 Camden Court,   Oak Brook, IL 60523-4516
16013635    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16376369    ##+Jesus Ponce,   4138 S. Archer Ave.,   Apt. 204,   Chicago,IL 60632-1863
                                                                              TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: dross              Page 3 of 3             Date Rcvd: Apr 18, 2012
                              Form ID: pdf006          Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2012 at the address(es) listed below:

        Chad M. Hayward   on behalf of Debtor Jose Padilla courtnotice@haywardlawoffices.com,
         ch@haywardlawoffices.com;jr@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.c
         om
        Edward P. Freud   on behalf of Creditor  Republic Bank of Chicago epfreud@rwrlaw.com
        Frances  Gecker    fgecker@fgllp.com,
         fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Keisha Matoia Hooks   on behalf of Trustee Marilyn Marshall courtdocs@chi13.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        William G Cross   on behalf of Trustee Frances Gecker wcross@fgllp.com,  csmith@fgllp.com
        Zane L Zielinski   on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
         csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

                                                                                                                                                        TOTAL: 7