UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PADILLA, JOSE G | § | Case No. 10-37007 |
| PADILLA, ARACELE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on              , and it was converted to chapter 7 on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Republic Bank 2221 Camden Court Oak Brook, IL 60523 |  |  |  |  |  |
|  | Republic Bank 2221 Camden Court Oak Brook, IL 60523 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St Farm Bk Po Box 2316 Bloomington, IL 61702 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue C/O Bankruptcy Department 100 West Randolph, Level 7 Rm 425 Chicago, IL 60601 | | | | | |
| | Internal Revenue CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 Philadelphia, PA 19114-0326 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Wffnatbank Po Box 94498 Las Vegas, NV 89193 | | | | | |
| 000010 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | ASSET ACCEPTANCE LLC ASSIGNEE WELLS | | | | | |
| 000012 | BANK OF AMERICA | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000009 | CR EVERGREEN, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000013 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | JPMORGAN CHASE BANK, NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 000008 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000011 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000014 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000004 | STATE FARM BANK, FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-37007 | ERW | Judge: Eugene R. Wedoff | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | PADILLA, JOSE G | | | | Date Filed (f) or Converted (c): | 02/03/11 (c) |
| | PADILLA, ARACELE | | | | 341(a) Meeting Date: | 04/21/11 |
| For Period Ending: | 08/31/12 | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE COMMONLY KNOWN AS 4142 S. ARCHER | 725,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Financial Accounts<br>Checking account held by Park Federal Savings<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts<br>Checking account held by Metropolitan Bank<br>Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods<br>Miscellaneous Household Goods<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel<br>Clothes<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 6. Pension / Profit Sharing<br>401K<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Vehicles<br>2007 Ford Fusion with 50,000 miles<br>Debtor Claimed Exemption | 11,850.00 | 2,349.00 | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06d

Case 10-37007 Doc 89 Filed 08/31/12 Entered 08/31/12 10:03:35 Desc Main
Document Page 9 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-37007 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
| Case Name: | PADILLA, JOSE G | | | Date Filed (f) or Converted (c): | 02/03/11 (c) |
| | PADILLA, ARACELE | | | 341(a) Meeting Date: | 04/21/11 |
| | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. Vehicles<br>2004 Dodge Stratus with 50,000 miles<br>Debtor Claimed Exemption | 5,775.00 | 3,776.00 | | 7,076.31 | FA |
| 9. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.26 | FA |
| 10. TAX REFUNDS (u) | 0.00 | 2,261.76 | | 2,261.76 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $745,125.00 | $8,386.76 | | $9,338.33 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 04/01/12    Current Projected Date of Final Report (TFR): 06/01/12

/s/    Frances Gecker
_____  Date: 08/24/12
       FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37007 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE G | | Bank Name: | BANK OF AMERICA |
| | PADILLA, ARACELE | | Account Number / CD #: | *******5621 MONEY MARKET |
| Taxpayer ID No: | *******0676 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/11 | 8 | State Farm Mutual Automobile Insurance Company | Demolished Car - Insurance payment | 1129-000 | 7,076.31 | | 7,076.31 |
| 08/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 7,076.32 |
| 09/30/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,076.38 |
| 10/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,076.44 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.02 | 7,067.42 |
| 11/30/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,067.48 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.71 | 7,058.77 |
| 12/02/11 | 10 | PARK FEDERAL SAVINGS BANK 5400 South Pulaski Road Chicago, IL 60632 | TAX REFUNDS | 1224-000 | 2,261.76 | | 9,320.53 |
| 12/29/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 9,320.60 |
| 12/29/11 | | Transfer to Acct #*******2210 | Bank Funds Transfer | 9999-000 | | 9,320.60 | 0.00 |

Page Subtotals 9,338.33 9,338.33

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-37007 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | PADILLA, JOSE G | | Bank Name: | BANK OF AMERICA |
| | PADILLA, ARACELE | | Account Number / CD #: | *******5621 MONEY MARKET |
| Taxpayer ID No: | *******0676 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 9,338.33 | 9,338.33 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 9,320.60 | |
| | | | Subtotal | | 9,338.33 | 17.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,338.33 | 17.73 | |

Page Subtotals  0.00  0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37007 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE G | | Bank Name: | Congressional Bank |
| | PADILLA, ARACELE | | Account Number / CD #: | *******2210 GENERAL CHECKING |
| Taxpayer ID No: | *******0676 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5621 | Bank Funds Transfer | 9999-000 | 9,320.60 | | 9,320.60 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BLANKET BOND #016026455<br>2/1/12 TO 2/1/13 | 2300-000 | | 9.00 | 9,311.60 |
| 05/29/12 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,683.83 | 7,627.77 |
| 05/29/12 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br>Fees 4,527.50<br>Expenses 7.89 | <br><br><br><br>3110-000<br>3120-000 | | 4,535.39 | 3,092.38 |
| 05/29/12 | 001003 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 2.10% | 7100-000 | | 299.74 | 2,792.64 |
| 05/29/12 | 001004 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Claim 000002, Payment 2.10% | 7100-000 | | 225.53 | 2,567.11 |

Page Subtotals 9,320.60 6,753.49

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-37007 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE G | | Bank Name: | Congressional Bank |
| | PADILLA, ARACELE | | Account Number / CD #: | *******2210 GENERAL CHECKING |
| Taxpayer ID No: | *******0676 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/12 | 001005 | JPMORGAN CHASE BANK, NA<br>C/O LAW OFFICE OF DOUGLAS JOHNSON<br>321 N. CLARK ST., 5TH FLOOR<br>CHICAGO, IL 60654 | Claim 000003, Payment 2.10% | 7100-000 | | 538.79 | 2,028.32 |
| 05/29/12 | 001006 | STATE FARM BANK, FSB<br>ATTN: BCC BANKRUPTCY<br>P.O. BOX 2328<br>BLOOMINGTON, IL 61702-2328 | Claim 000004, Payment 2.10% | 7100-000 | | 74.27 | 1,954.05 |
| 05/29/12 | 001007 | CHASE BANK USA,N.A<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P O BOX 740933<br>DALLAS,TX 75374 | Claim 000005, Payment 2.10% | 7100-000 | | 73.23 | 1,880.82 |
| 05/29/12 | 001008 | ASSET ACCEPTANCE LLC ASSIGNEE WELLS FARGO /<br>PO BOX 2036<br>WARREN, MI 48090 | Claim 000006, Payment 2.10% | 7100-000 | | 114.03 | 1,766.79 |
| 05/29/12 | 001009 | FIA CARD SERVICES<br>C/O PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | Claim 000007, Payment 2.10% | 7100-000 | | 69.34 | 1,697.45 |
| 05/29/12 | 001010 | PRA RECEIVABLES MANAGEMENT, LLC<br>AS AGENT OF PORTFOLIO RECOVERY ASSOCS.<br>C/O SAMS CLUB | Claim 000008, Payment 2.10% | 7100-000 | | 66.17 | 1,631.28 |
| | | | Page Subtotals | | 0.00 | 935.83 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-37007 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | PADILLA, JOSE G | | Bank Name: | Congressional Bank |
| | PADILLA, ARACELE | | Account Number / CD #: | *******2210  GENERAL CHECKING |
| Taxpayer ID No: | *******0676 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 41067 NORFOLK VA 23541 | | | | | |
| 05/29/12 | 001011 | CR EVERGREEN, LLC MS 550 PO BOX 91121 SEATTLE, WA 98111-9221 | Claim 000009, Payment 2.10% | 7100-000 | | 499.09 | 1,132.19 |
| 05/29/12 | 001012 | WFNNB C/O AMERICAN INFOSOURCE LP PO BOX 248872 OKLAHOMA CITY, OK 73124-8872 | Claim 000010, Payment 2.10% | 7100-000 | | 15.34 | 1,116.85 |
| 05/29/12 | 001013 | PRA RECEIVABLES MANAGEMENT, LLC AS AGENT OF PORTFOLIO RECOVERY ASSOCS. C/O CHASE BANK USA, N.A. POB 41067 NORFOLK VA 23541 | Claim 000011, Payment 2.10% | 7100-000 | | 28.92 | 1,087.93 |
| 05/29/12 | 001014 | BANK OF AMERICA C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000012, Payment 2.10% | 7100-000 | | 543.96 | 543.97 |
| 05/29/12 | 001015 | FIA CARD SERVICES, N.A. PO BOX 15102 WILMINGTON, DE 19886-5102 | Claim 000013, Payment 2.10% | 7100-000 | | 543.97 | 0.00 |

Page Subtotals        0.00        1,631.28

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-37007 -ERW |
| Case Name: | PADILLA, JOSE G |
| | PADILLA, ARACELE |
| Taxpayer ID No: | *******0676 |
| For Period Ending: | 08/31/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2210  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,320.60 | 9,320.60 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,320.60 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,320.60 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 9,320.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5621 | 9,338.33 | 17.73 | 0.00 |
| GENERAL CHECKING - ********2210 | 0.00 | 9,320.60 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 9,338.33 | 9,338.33 | 0.00 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/   Frances Gecker_____  Date: 08/24/12
FRANCES GECKER

Page Subtotals         0.00         0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*